from answering such argument of appellant's counsel. It was not too late for such clothing to be tendered and offered, if appellant's counsel cared to waive any ground of objection he may have had or to offer the clothing himself.

The bill showing that the district attorney answered the above argument of appellant's counsel with the statement that appellant's counsel well knew that the exhibiting of the clothing to the jury would require that a mistrial be declared does not call for reversal of the conviction.

The clothing mentioned are not before us and are not described in the record in such manner that we might determine the question of their admissibility.

The evidence is found sufficient to sustain the jury's verdict and no reversible error appears.

The judgment is affirmed.

No appearance for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The conviction is for the offense of driving a motor vehicle while intoxicated; the punishment, three days in jail and a fine of $50.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular, and nothing is presented for review.

The judgment is affirmed.